1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12 EDWIN I. GUZMAN-GARCIA,          )    Case No. CV 10-3556 GHK(JC)
                                    )
13                   Petitioner,    )    (PROPOSED)
                                    )
14            v.                    )    JUDGMENT
                                    )
15 JOHN T. RATHMAN,                 )
                                    )
16                   Respondent.    )
                                    )
17 _____

18      Pursuant to this Court's Order Adopting Findings, Conclusions and
19 Recommendations of United States Magistrate Judge,
20      IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
21 in State Custody is denied and this action is dismissed without prejudice.

22

23      DATED:  **6/25/10**
24                              _____
25                              HONORABLE GEORGE H. KING
26                              UNITED STATES DISTRICT JUDGE
27
28